72 S.Ct. 506

Vuka Radovich STEPOVICH, Executrix of the Estate of Mike Stepovich, deceased, petitioner, v. Nick KUPOFF, James Zukoev, Mike Kitoff, et al., etc. No. 510.

Supreme Court of the United States.
March 5, 1951.

Messrs. Francis R. Kirkham and Southall R. Pfund, for petitioner.

Mr. George B. Grigsby, for respondents.

Denied.